**Dismissed and Memorandum Opinion filed May 24, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-12-00020-CV**
_____

**GILBERT D. GILES, Appellant**

**V.**

**SHUNDA GILES, Appellee**

---

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1997-47863**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed November 10, 2011. Appellant filed a notice of appeal on January 9, 2012, seeking to appeal the trial court's dismissal order of November 10, 2011. On April 3, 2012, a clerk's record was filed in this appeal, which did not contain a dismissal order signed November 10, 2011, or any other final appealable order. This court ordered the district clerk to file a supplemental clerk's record containing the dismissal order. On April 24, 2012, the Harris County District Clerk filed a supplemental clerk's record with the notation, "There is no signed dismissal order, dated

November 10, 2011 in this file. The only reference to this date was the Courts [sic] Docket Sheet, which is included in this Supplemental Record." The docket sheet entry states, "Nov. 10, 2011 no signed order for new trial as granted 10/11/11."

On April 27, 2012, this court informed all parties of the court's intent to dismiss the appeal for want of jurisdiction unless any party filed a response within ten days of the date of the letter. Appellant filed no response.

The appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Boyce, and McCally.